IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| PETER JUSZCZYK AND ) | |
| SPORTSFIELD SPECIALTIES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

THIS MATTER came on before the Court upon Defendant Sportsfield Specialties, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed November 2, 2009 pursuant to Local Rule 83.1(b), and the Court having reviewed the pleadings and supporting materials, and it appearing to the Court that Sportsfield's Motion is well-founded and should be allowed:

IT IS THEREFORE ORDERED, ADJUDGED, and DECLARED that Sportsfield's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is allowed, and David P. Miranda hereby is admitted *pro hac vice* and permitted to practice before this Court as co-counsel for Defendant Sportsfield Specialties, Inc,

Signed: November 2, 2009

David C. Keesler
United States Magistrate Judge