IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Place Documents Under Seal" (Document No. 49) filed February 1, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Place Documents Under Seal" (Document No. 49) is **GRANTED**.

Signed: February 3, 2010

David C. Keesler
United States Magistrate Judge