IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09-cv-00119-RLV-DCK

| | |
|---|---|
| ABT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JUSZCZYK and<br>SPORTSFIELD SPECIALTIES, INC.,<br><br>    Defendants. | ORDER |

      **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Place Documents Under Seal" (Document No. 66) filed February 25, 2010. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Place Documents Under Seal" (Document No. 66) is **GRANTED.**

Signed: February 26, 2010

Richard L. Voorhees
United States District Judge

CHAR2\1230638v1