IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09-cv-00119-RLV-DCK

| | |
|---|---|
| ABT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JUSZCZYK and<br>SPORTSFIELD SPECIALTIES, INC.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Place Documents Under Seal" (Document No. 71) filed February 26, 2010. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Place Documents Under Seal" (Document No. 71) is **GRANTED.**

Signed: February 26, 2010

Richard L. Voorhees
United States District Judge