IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09-cv-00119-RLV-DCK

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Place Documents Under Seal" (Document No. 71) filed February 26, 2010. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Place Documents Under Seal" (Document No. 71) is **GRANTED.**

Signed: February 26, 2010

Richard L. Voorhees
United States District Judge