IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09CV119-RLV-DCK

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER IS BEFORE THE COURT** on motions submitted by Plaintiff ABT for the sealing of documents for purposes of protecting its purported proprietary information. (Doc.## 198, 202, 207, 214) Pursuant to the parties' protective order and for good cause shown, the Court will grant the motions.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motions to Place Documents Under Seal (Doc.## 198, 202, 207, 214) are hereby **GRANTED.**

Signed: April 21, 2010

Richard L. Voorhees
United States District Judge