IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:09CV119-RLV

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on its own motion pursuant to the Court's Memorandum and Order of August 9, 2010, which granted certain preliminary injunctive relief in favor of Plaintiff ABT, Inc., and against Defendants Peter Juszczyk and Sportsfield Specialties, Inc. (Document #230)  As a result, ABT is directed to post a monetary bond in the amount of **$5,000.00** with the Clerk of Court <u>on or before Friday, August 12, 2010</u>.  *See* Fed. R. Civ. P. 65(c).  The Clerk is also asked to forward a copy of this Order to the Financial Administrator.

**SO ORDERED.**

Signed: August 11, 2010

Richard L. Voorhees
United States District Judge