IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>PETER JUSZCZYK and<br>SPORTSFIELD SPECIALTIES, INC.,<br><br>      Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Emergency Motion For Expedited Consideration" (Document No. 285) filed January 25, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having considered the motion and the record, the Court will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Emergency Motion For Expedited Consideration" (Document No. 285) is **DENIED,** without prejudice to re-file when the "Motion To Compel..." (Document No. 274) is fully briefed.

Signed: January 26, 2011

David C. Keesler
United States Magistrate Judge