IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:09CV119-RLV-DCK

| | |
|---|---|
| **ABT, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**PETER JUSZCZYK and**<br>**SPORTSFIELD SPECIALTIES, INC.,**<br><br>    Defendants. | **O R D E R** |

**THIS MATTER IS BEFORE THE COURT** on motions submitted by each of the parties requesting the sealing of documents for purposes of protecting their respective confidential and proprietary information. (Documents ##101, 103, 156, 163, 170, 177, 183, 188, 192, 196, 211, 281, 283, and 293). Pursuant to the Stipulated Protective Order, and for good cause shown, the Court will grant each such motion. (Document #20)

**IT IS, THEREFORE, ORDERED** that all Motions To Seal identified herein are hereby **GRANTED.**

**IT IS FURTHER ORDERED** that L.Cv.R. 6.1(C) is hereby **WAIVED** for the duration of this litigation. Accordingly, the parties need not file a formal motion to seal in support of each document the filer contends should be kept under seal. Rather, identification of a filing in accordance with the terms of the Stipulated Protective Order is sufficient. To the extent any dispute arises or a non-party seeks access, the local rules provide an adequate mechanism for resolving any objection.

Signed: February 4, 2011

Richard L. Voorhees
United States District Judge

CHAR2\1241880v1