# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*, regarding the undersigned's March 8, 2011 telephone conference with the parties. A telephone conference was requested by Plaintiff's counsel on or about March 7, 2011 to discuss an additional extension of certain case deadlines.

Based on that conference, it appears that the parties jointly seek additional time to complete discovery, and agree that all discovery can be completed by March 30, 2011. As such, the undersigned will allow the discovery deadline to be extended once more. The parties expressed confidence that the mediation and dispositive motions deadlines could be met as currently scheduled.

During the conference, Defendant's counsel raised a concern that the current trial date will conflict with vacation plans. To the extent any party is seeking a continuance of the trial date, a proper motion setting forth the particulars will be required.

**IT IS, THEREFORE, ORDERED** that the present case deadlines are as follows:

        Discovery Completion        **March 30, 2011**

        Mediation Report        **March 25, 2011**

| | |
|---|---|
| Dispositive Motions | **April 1, 2011** |
| Trial | **Term Beginning July 11, 2011**. |

**SO ORDERED**.

Signed: March 9, 2011

David C. Keesler
United States Magistrate Judge