IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>PETER JUSZCZYK and<br>SPORTSFIELD SPECIALTIES, INC.,<br><br>    **Defendants.** | **NOTICE** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte.* On or about March 21, 2011, the parties filed a "Joint Report To Magistrate Judge Keesler Regarding Scheduling Concerns" (Document No. 342), and also informally requested a telephone conference with the undersigned, presumably to discuss scheduling issues.

Although no formal action is required by the Court, as a courtesy, the parties are hereby notified that the undersigned will decline to hold the requested telephone conference. The parties are further notified that as of now, the case deadlines remain as previously agreed upon by the parties on March 8, 2011, and ordered by the Court on March 9, 2011. (Document No. 333).

Signed: March 23, 2011

_____
David C. Keesler
United States Magistrate Judge