IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:09-CV-0119-RLV-DCK

| | |
|---|---|
| ABT, INC., )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>PETER JUSZCZYK AND )<br>SPORTSFIELD SPECIALTIES, INC., )<br>)<br>        Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 367) concerning Caroline B. Ahn, filed April 27, 2011. Ms. Ahn seeks to appear as counsel *pro hac vice* for Defendant Sportsfield Specialties, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Ahn is admitted to appear before this court *pro hac vice* on behalf of Defendant Sportsfield Specialties, Inc.

Signed: April 27, 2011

David C. Keesler
United States Magistrate Judge

BTCM:DKeesler_cv_5-09cv119-RLV-DCK_ABT Inc v. Peter Juszczyk Order Granting Pro Hac Vice Ahn DE367.wpd