IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC.,<br><br>      **Plaintiff,**<br><br>v.<br><br>PETER JUSZCZYK and<br>SPORTSFIELD SPECIALTIES, INC.,<br><br>      **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Emergency Motion To Quash Notice Of Deposition And For Enforcement Of Scheduling Order" (Document No. 398) filed June 10, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

The pending motion seeks to quash the notice of a **June 21, 2011** deposition. In light of the timing of the motion and the proposed deposition, the undersigned will *sua sponte* order an abbreviated briefing schedule on the pending motion.

**IT IS, THEREFORE, ORDERED** that Defendants shall file a response to Plaintiff's "Emergency Motion To Quash Notice Of Deposition And For Enforcement Of Scheduling Order" (Document No. 398) on or before **June 15, 2011**, and Plaintiff shall file a reply on or before **June 16, 2011**.

Signed: June 13, 2011

David C. Keesler
United States Magistrate Judge