# United States District Court
## For The Western District of North Carolina
### Statesville Division

ABT, Inc.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:09CV119

Sportsfield Specialties, Inc.
and Peter Juszczyk ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2011, Order.

                                           Signed: December 21, 2011

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court