# United States District Court
# For The Western District of North Carolina
# Statesville Division

ABT, Inc.,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:09CV119

Sportsfield Specialties, Inc.
and Peter Juszczyk ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2011, Order.

                                        Signed: December 21, 2011

Frank G. Johns, Clerk
United States District Court