IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-CV-119-RLV-DCK

| | |
|---|---|
| ABT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER JUSZCZYK and <br> SPORTSFIELD SPECIALTIES, INC., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "ABT, Inc.'s Motion To Reconsider Order Regarding Consent Motion For Expansion Of Page Limitation" (Document No. 579) filed January 17, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is now ripe for disposition. Having considered the motion and the record, the Court will <u>grant</u> the motion, with modification.

**IT IS, THEREFORE, ORDERED** that "ABT, Inc.'s Motion To Reconsider Order Regarding Consent Motion For Expansion Of Page Limitation" (Document No. 579) is **GRANTED**, with modification. The Court will allow Plaintiff up to and including 35 pages for its motion for attorney's fees.

.

Signed: January 18, 2012

David C. Keesler
United States Magistrate Judge