# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL DOCKET NO. 5:09CV119-V

| | |
|---|---|
| ABT, INC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>PETER JUSZCZYK and )<br>SPORTSFIELD SPECIALTIES, INC., )<br>        Defendants. )<br>_____ ) | **ORDER**<br>Directing Return of Bond |

**THIS MATTER** is before the Court on its own motion for the purpose of directing the return of monetary bond in the amount of $5,000 to Plaintiff ABT, Inc. Plaintiff posted the bond on August 12, 2010 in connection with the preliminary injunction granted in its favor. (Docs. 231, 232). All matters between the parties have been resolved and the case is closed.

**IT IS, THEREFORE, ORDERED** that the Deputy Clerk / Financial Administrator shall return the $5,000 bond to counsel of record for Plaintiff ABT, Inc.

Signed: April 12, 2013

Richard L. Voorhees
United States District Judge